```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
INES VALENTIN,                                                :
                                                              :
                                Plaintiff,                    :
                                                              :         21-CV-8086 (VSB)
                -against-                                     :
                                                              :              ORDER
                                                              :
DOLLAR TREE STORES, INC.,                                     :
                                                              :
                                Defendant.                    :
                                                              :
-------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of Plaintiff's letter motion for a conference, to remand the case to State Court, or, in the alternative, for an extension of time to file the Case Management Plan and Scheduling Order. (Doc. 9.) I am also in receipt of Defendant's response letter motion requesting that this action remain in Federal Court and for a conference. (Doc. 10.)

      It is hereby ORDERED that a status conference in this matter will be held on December 13, 2021 at 3:30 p.m. The dial-in number is 888-363-4749 and the conference code is 2682448. The parties should be prepared to discuss (1) whether and how Defendant filed a notice of removal to Federal Court in State Court on September 29, 2021; (2) whether and how Plaintiff received notice of the removal on or after September 29, 2021; (3) whether the amount in controversy in this action exceeds $75,000; and (4) the nature of communications between the parties throughout the duration of this action.

      It is FURTHER ORDERED that the parties' deadline to submit the Case Management Plan and Scheduling Order is adjourned *sine die*, with a new deadline to be ordered at the status conference or in a subsequent Court Order.

SO ORDERED.

Dated:  December 7, 2021
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge